UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*,<br><br>　　　　　Defendants. | Cause No. C23-0855RSL<br><br>MINUTE ORDER |

　　The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

　　As of February 1, 2023, LCR 7(e)(6) requires a word count certification in the signature block unless a document was written by hand or with a typewriter. Dkt. # 13 and Dkt. # 22 do not include the required certification. The filers shall have three days to file amended documents that comply with LCR 7(e)(6). The Court will not consider Dkt. # 13 or Dkt. # 22 unless and until the identified deficiency is corrected.

　　DATED this 18th day of September, 2023.

　　　　　　　　　　　　　　　　/s/ Victoria Ericksen
　　　　　　　　　　　　　　　Victoria Ericksen, Clerk to
　　　　　　　　　　　　　　　the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 1