UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00855-RSL <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on "Plaintiff's Motion to Extend Deadline for Response to Defendants' MIBBBC, Rebecca Robinson, Karen Friendman, and Kelly Coochise's Motion for Rule 11 Sanctions." Dkt. # 39. Plaintiffs have, on three previous occasions, filed untimely responses or amended responses without explanation or permission. Dkt. # 19, 22, and 30. This request for an extension is supported only by the assertion that plaintiff's counsel "experienced a family emergency in the days leading up to the October 30, 2023, response deadline." Dkt. # 39 at 3. A response to the Rule 11 motion was filed on November 1, 2023, leaving defendants with only two days in which to draft and file their reply.

While the undersigned is generally solicitous of the personal needs of counsel and the parties, the trend in this case is troubling, as is the vagueness of counsel's explanation for why a response could not be timely filed. Given the nature of the Rule 11 motion, the

ORDER GRANTING MOTION FOR EXTENSION OF
TIME - 1

Court will consider the untimely response filed on November 1st, but plaintiffs are warned that future untimely submissions will be stricken unless accompanied by a stipulation of the parties pursuant to LCR 7(j).

Plaintiffs' motion for an extension of time, Dkt. # 39, is hereby GRANTED.

Dated this 20th day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge