1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  ELLE NGUYEN, *et al.*,

11              Plaintiffs,

12       v.

13  MERCER ISLAND BOYS BASKETBALL
    BOOSTER CLUB, *et al.*,
14
15              Defendants.
16

CASE NO. 2:23-cv-00855-RSL

ORDER DENYING MOTION FOR
RECONSIDERATION

17
18   This matter comes before the Court on "Plaintiffs' Motion for Reconsideration of
19  Judge Robert S. Lasnik's Order Granting MIBBBC Defendants' Motion for Sanctions."
20  Dkt. # 67. Motions for reconsideration are disfavored in this district and generally require
21  "a showing of manifest error in the prior ruling or a showing of new facts or legal authority
22
23  which could not have been brought to [the Court's] attention earlier with reasonable
24  diligence." LCR 7(h)(1). Having reviewed the docket, the underlying motion papers, and
25  the motion for reconsideration, the Court that plaintiffs have failed to meet their burden.
26

ORDER DENYING MOTION FOR RECONSIDERATION - 1

On April 29, 2024, the Court granted the MIBBBC defendants' motion for sanctions against plaintiffs' counsel under Federal Rule of Civil Procedure 11, finding that counsel not only failed to analyze the elements of the various claims asserted in light of the facts presented by her client, but refused to withdraw defective claims or correct the deficiencies when they were brought to her attention. The failures forced the MIBBBC defendants to file a motion to dismiss and subsequent motion for sanctions. The Court found that Rule 11's goal of effective deterrence would be furthered by requiring payment to the moving party of all of the reasonable attorney's fees and other expenses incurred in these efforts.

Attorney's fees were not, as counsel argues, awarded under the fee-shifting provision of a civil rights statute. Nor does counsel's status as a sole practitioner or her attempt to amend the complaint long after the Rule 11 violation had occurred and the safe harbor period had elapsed preclude sanctions. Because plaintiffs have not shown manifest error in the award of Rule 11 sanctions, the motion for reconsideration is DENIED.

Dated this 14th day of May, 2024.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2