UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*,<br><br>    Defendants. | CASE NO. 2:23-cv-00855-RSL<br><br>ORDER GRANTING MOTION TO COMPEL DEPOSITIONS |

  This matter comes before the Court on "Plaintiffs['] Short Statement on Docket 112, Dated October 25, 2024, For Plaintiffs['] Depositions November 19 and 21, 2024." Dkt. # 113. Plaintiffs appear to be asking whether they can choose not to answer questions at deposition unless and until defendants show to their satisfaction that the answers would be admissible at trial. They may not. The only reason to not answer a question at a deposition is if the information is protected by the attorney/client privilege. In this case, plaintiffs have no attorney. Defendants shall steer clear of all privileged communications, and no objections based on privilege will be appropriate.

  Plaintiffs must answer the questions asked. All objections will be preserved and need not be raised during the depositions. The parties will have the opportunity to argue the admissibility of deposition testimony when and if it is offered at the summary

- 1

judgment stage or at trial, at which point the Court, not the parties, will determine what is relevant and what must be excluded.

Dated this 18th day of November, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge