UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

    Plaintiffs,

    v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*,

    Defendants.

No. 2:23-cv-00855

**ORDER GRANTING MIBBBC DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court on Mercer Island Boys Basketball Booster Club, Rebecca Robinson, Kelly Coochise, and Karen Friedman's (collectively, "MIBBBC defendants") "Motion for Order to Show Cause for Contempt of Order re Rule 11 Sanctions." Dkt. # 81. Although Jenny Cochrane, plaintiffs' former counsel, has withdrawn from the representation and the claims against the MIBBBC defendants have been dismissed or severed, the Court retains jurisdiction over the Rule 11 sanctions issue and hereby ORDERS as follows:

Ms. Cochrane shall, on or before March 14, 2025, file evidence establishing the current financial status of both herself and her law firm.[1] At the very least, the evidence

---

[1] The Rule 11 sanctions were imposed on both Ms. Cochrane and her d/b/a law firm. Dkt. # 59 at 8.

shall include declarations and/or document providing the information required by applicants for *in forma pauperis* status in this district.

Ms. Cochrane is in violation of this Court's June 3, 2024, Order and accordingly is directed to appear on March 27, 2025, at 11:00 am, in the United States District Court for the Western District of Washington, Seattle Division Courtroom 15128, and show cause why she should not be found in contempt. If Ms. Cochrane fails to appear or is unable to justify her failure to make the payments as ordered, Ms. Cochrane and her law firm may be required to pay the MIBBBC defendants the outstanding sanctions plus their reasonable attorney's fees and costs incurred in obtaining and pursuing this show cause order. A judgment may be entered permitting the MIBBBC defendants to discover and execute on available assets as provided in Fed. R. Civ. P. 69 and the laws of the State of Washington.

Dated this 3rd day of February, 2025.

Robert S. Lasnik
United States District Judge