|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

          Plaintiffs,

    v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*,

          Defendants.

CASE NO. 2:23-cv-00855-RSL

ORDER DENYING PLAINTIFFS' MOTION TO VACATE AND/OR FOR RECONSIDERATION

      This matter comes before the Court on plaintiffs' motion to vacate the Court's order severing claims, to reconsider the order granting leave to amend in part, and to reinstate all claims against the individual defendants. Dkt. # 129.[1] Plaintiffs seek to reargue issues that were resolved months ago and to add new legal theories, parties, and factual allegations to the case.

      This effort is untimely and has already been rejected by the Court. In response to counsel's motion to withdraw, plaintiffs requested that the Court issue a new case

---

[1] Plaintiffs are reminded that they must follow the local rules of this district (found at https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Motions must be noted on the Court's calendar for consideration pursuant to LCR 7(d) and must be accompanied by a proposed order pursuant to LCR 7(b)(1).

ORDER DENYING PLAINTIFFS' MOTION TO VACATE
AND/OR FOR RECONSIDERATION - 1

schedule, reopen discovery, and allow them to correct what they saw as the errors and omissions of their prior counsel. The request was denied. The Court noted that plaintiffs, having chosen their representative and agreed to have counsel act as their agent before the Court, were bound by counsel's representations and actions. Dkt. # 104 at 3-4 (citing cases). Now, three months later, plaintiffs renew their request to relitigate matters that have already been resolved. The Court again finds that "allowing plaintiffs to restart the litigation at this stage because their choice of counsel went awry would unduly prejudice defendants and interfere with the timely and efficient administration of justice." *Id.* at 4.

For all of the foregoing reasons, plaintiffs' motion to vacate, reconsider, and reinstate (Dkt. # 129) is DENIED.

Dated this 3rd day of February, 2025.

                         Robert S. Lasnik
                         United States District Judge