UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, *et al.*,<br><br>                    Defendants. | CASE NO. 2:23-cv-00855-RSL<br><br>ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL |

This matter comes before the Court on "Plaintiffs' Affidavit for Appointment of New Counsel." Dkt. # 140. Generally, a person has no right to counsel in a civil action, *see Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981), and plaintiffs have not shown the type of "exceptional circumstances" that would justify the appointment of counsel at the public's expense in this case, *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Whether plaintiffs will be able to prove their allegations against defendants is unknown, but the factual bases for and legal theories underlying their claims are not particularly complex. Ms. Nguyen has thus far been able to articulate the claims asserted, interacting with both the Court and opposing counsel as needed. Dkt. # 140 is DENIED.

Dated this 24th day of March, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge