UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCER ISLAND BOYS & GIRLS<br>CLUB OF KING COUNTY, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-00855-RSL<br><br>ORDER |

　　　This matter comes before the Court on "Plaintiffs['] Status Report Regarding Settlement Conference." Dkt. # 143. As stated in the case management order:

> The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

Dkt. # 128 at 2. The Court does not schedule or moderate the settlement conference: it is up to the parties to organize themselves and make a good faith effort to settle the dispute before incurring the expenses associated with dispositive motions and trial.

　　　Dated this 8th day of April, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1