UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, an individual, and TWO MINOR CHILDREN, A.A., and G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, a nonprofit youth organization, and MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, a nonprofit youth organization, Marc Munson, in his individual capacity and/or marital community,<br><br>Defendants. | NO. 2:23-CV-00855-RSL<br><br>ORDER GRANTING DEFENDANTS BOYS AND GIRLS CLUB OF KING COUNTY AND MARC MUNSON'S MOTION FOR OVERLENGTH MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on Defendants Boys and Girls Club of King County ("BGCKC") and Marc Munson's (collectively, "Defendants") Motion to File Overlength Motion for Summary Judgment; and the Court having reviewed the motion and responses thereto, and having considered the records, pleadings, and files herein, it is hereby

ORDERED that Defendants' motion to file overlength brief is GRANTED.

- Defendants are allowed an additional 3,300 words for their motion for summary judgment, for a total of 11,700 words.
- Plaintiffs shall be granted the same word limit for their opposition motion pursuant to LCR 7(f)(4).

ORDER GRANTING DEFS BOYS & GIRLS CLUB OF KING COUNTY AND MUNSON'S MOTION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT - 1
TO

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
(206) 622-2295

- Defendants shall not exceed 5,850 words in their Reply Brief pursuant to LCR 7(f)(4).

DATED this 22nd day of April, 2025.

*signature: MM S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.

*/s/ Matthew K.T. Ishihara*
Matthew K.T. Ishihara, WSBA No. 54333
John E. Moore, WSBA No. 45558
Attorneys for Defs. Boys & Girls Club of King County and Munson

ORDER GRANTING DEFS BOYS & GIRLS CLUB OF KING COUNTY AND MUNSON'S MOTION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT - 2
TO

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
(206) 622-2295