UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al*., <br><br> Plaintiff, <br><br> v. <br><br> MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, *et al*., <br><br> Defendants. | CASE NO. 2:23-cv-00855-RSL <br><br> ORDER NOTING MOTION ON COURT'S CALENDAR AND PROVIDING CLARIFICATION |

This matter comes before the Court on plaintiff's "Motion to Enforce Email Agreement for Mediation and Defer Defendants' Motion for Summary Judgement." Dkt. # 160. Pursuant to LCR 7(b)(1), "[a]ll motions shall include in the caption (immediately below the title of the motion) the date the motion is noted for consideration upon the court's calendar. *See* LCR 7(d) for scheduling motions and briefing deadlines." LCR 7(d)(3) applies to most non-dispositive motions, including this one to compel mediation and/or enforce an agreement, and requires the motion to be noted for consideration no earlier than 21 days after filing. The Clerk of Court is therefore directed to note Dkt. # 160 on the Court's calendar for Friday, May 16, 2025.

With regards to plaintiffs' request for clarification regarding the deadline for their response to defendants' motion for summary judgment, LCR 7(d)(4) specifies that papers opposing motions for summary judgment "shall be filed and received by the moving party

ORDER NOTING MOTION ON COURT'S CALENDAR
AND PROVIDING CLARIFICATION - 1

no later than 21 days after the filing date of the motion." Plaintiffs' opposition is therefore due on May 15, 2025. This motion to enforce does not change the briefing schedule of the pending summary judgment motion: an opposing party does not have the power to unilaterally delay or alter the noting date of a pending motion, and even if the Court assumes that plaintiffs will be able to show a valid and enforceable agreement to mediate, there is no indication that the parties discussed or came to any agreement on the timing of the mediation or its impact on the summary judgment briefing schedule.

Dated this 28th day of April, 2025.

Robert S. Lasnik
United States District Judge