UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>              Plaintiff,<br>     v.<br><br>MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, *et al.*,<br><br>              Defendants. | CASE NO. 2:23-cv-00855-RSL<br><br>ORDER DENYING MOTION TO ENFORCE MEDIATION AGREEMENT AS MOOT |

This matter comes before the Court on plaintiff's "Motion to Enforce Email Agreement for Mediation and Defer Defendants' Motion for Summary Judgement." Dkt. # 160. Plaintiffs notified the Court that the parties have agreed to schedule mediation for June 17, 2025. Dkt. # 168. The motion to enforce is therefore DENIED as moot.[1]

Dated this 3rd day of June, 2025.

*MVT S Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The Court previously declined to renote defendants' motion for summary judgment. Dkt. # 161.

ORDER DENYING MOTION TO ENFORCE MEDIATION
AGREEMENT AS MOOT - 1