UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

        Plaintiff,

    v.

MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, *et al.*,

        Defendants.

CASE NO. 2:23-cv-00855-RSL

ORDER

This matter comes before the Court on "Plaintiffs' Motion for Clarification Regarding Scope of Severance Order." Dkt. # 179. Pursuant to the Court's prior order, MIBBBC's participation in the above-captioned matter was terminated in December 2024. Dkt. # 123. MIBBBC is no longer a party in this case, regardless whether it is still receiving copies of filings.

Dated this 4th day of June, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1