UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLE NGUYEN, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>MERCER ISLAND BOYS & GIRLS CLUB OF KING COUNTY, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00855-RSL<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable Robert S. Lasnik, United States District Judge:

The trial date and remaining pretrial deadlines are hereby STRICKEN pending the Court's rulings on the pending motions.

DATED this 8th day of August, 2025.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER – 1