UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLE NGUYEN, *et al.*,

        Plaintiffs,

   v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, *et al.*,

        Defendants.

CASE NO. 2:23-cv-00855-RSL

ORDER DIRECTING CLERK TO ENTER AMENDED JUDGMENT

     This matter comes before the Court on the "MIBBBC Defendants' Motion for Entry of Judgment re Order Granting MIBBBC Defendants' Motion for Sanctions." Dkt. 196. The motion is unopposed.

     On June 3, 2024, the Court awarded the Mercer Island Boys Basketball Booster Club ("MIBBBC"), Rebecca Robinson, Karen Friedman, and Kelly Coochise (collectively, "MIBBBC defendants") attorney's fees in the amount of $29,856.60 against attorney Jenny Cochrane. Despite further order of the Court, Ms. Cochrane has not paid the fee award or negotiated a payment plan. During the course of this litigation, the claims against the MIBBBC defendants were severed. When judgment was entered in the above-captioned matter, it failed to reflect the outstanding attorney's fee award. Ms. Cochrane nevertheless filed a notice of appeal on September 29, 2025.

ORDER DIRECTING CLERK TO ENTER AMENDED
JUDGMENT - 1

The Clerk of Court is directed to enter an amended judgment in this matter as follows:

On August 29, 2025, judgment was entered in favor of defendants Mercer Island Boys & Girls Club of King County and Marc Munson against plaintiffs. Judgment is hereby entered in favor of Mercer Island Boys Basketball Booster Club, Rebecca Robinson, Karen Friedman, and Kelly Coochise and against attorney Jenny Cochrane in the amount of $29,856.50 plus post-judgment interest.

DATED this 4th day of November, 2025.

_____
Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO ENTER AMENDED JUDGMENT - 2