FILED

NOV 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELLE NGUYEN, an individual, and minor A.A. minor G.A., <br><br>   Plaintiff - Appellant, <br><br>and <br><br>JENNY COCHRANE, counsel for plaintiffs, <br><br>   Plaintiff, <br><br> v. <br><br>MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, a nonprofit youth organization; et al., <br><br>   Defendants - Appellees, <br><br>and <br><br>BOYS & GIRLS CLUBS OF KING COUNTY, a nonprofit youth organization and MARC MUNSON, in his individual capacity and/or marital community, <br><br>   Defendants. | No. 25-7066 <br><br>D.C. No. 2:23-cv-00855-RSL <br>Western District of Washington, Seattle <br><br>ORDER |

 The notice of appeal filed in the district court on November 6, 2025 challenges the district court's denial of a timely motion listed in Federal Rule of Appellate Procedure 4(a)(4). *See* Fed. R. App. P. 4(a)(4)(B)(2), (3). The clerk will

close this appeal No. 26-7066 as opened in error and file the November 6, 2025 notice of appeal (District Court Docket Entry No. 207) as an amended notice of appeal in pending appeal No. 25-6149.

The motion (Docket Entry No. 3) to consolidate is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT