UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLE NGUYEN, an individual, and minor A.A. minor G.A., <br><br>      Plaintiff - Appellant, <br><br>and <br><br>JENNY COCHRANE, counsel for plaintiffs, <br><br>      Plaintiff, <br><br> v. <br><br>MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, a nonprofit youth organization; et al., <br><br>      Defendants - Appellees, <br><br>and <br><br>BOYS & GIRLS CLUBS OF KING COUNTY, a nonprofit youth organization and MARC MUNSON, in his individual capacity and/or marital community, <br><br>      Defendants. | No. 25-7066 <br><br>D.C. No. 2:23-cv-00855-RSL <br>Western District of Washington, Seattle <br><br>ORDER |

Appellant's motion (Docket Entry No. 7) to reconsider the November 8, 2025 order is granted. The notice of appeal filed in the district court on November 6, 2025 for this appeal No. 25-7066 was filed by appellant Elle Nguyen. The notice

of appeal filed on September 29, 2025 for appeal No. 25-6149 was filed by appellant Jenny Cochrane. The November 18, 2025 order was therefore in error. The clerk will vacate the November 18, 2025 order (Docket Entry No. 4), and reinstate this appeal No. 25-7066.

The clerk will strike the copy of the November 6, 2025 notice of appeal filed in appeal No. 25-6149 (Appeal No. 25-6149 Docket Entry No. 8).

Briefing in appeal No. 25-7066 is stayed. All pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT