|  |  |
|---|---|
| | **FILED** |
| UNITED STATES COURT OF APPEALS | |
| | DEC 18 2025 |
| FOR THE NINTH CIRCUIT | |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ELLE ALEXSI NGUYEN, an individual, and minor A.A., minor G.A.,

        Plaintiff - Appellant,

and

JENNY COCHRANE, counsel for plaintiffs,

        Plaintiff,

 v.

MERCER ISLAND BOYS BASKETBALL BOOSTER CLUB, a nonprofit youth organization; et al.,

        Defendants - Appellees.

No. 25-7066

D.C. No. 2:23-cv-00855-RSL
Western District of Washington, Seattle

ORDER

Before: CLIFTON and BRESS, Circuit Judges.

The motion (Docket Entry No. 5) to proceed in forma pauperis is denied as unnecessary. The filing and docketing fees have been paid.

The motion (Docket Entry No. 3) to consolidate this appeal with appeal No. 25-6025 is denied.

The court denies the motion (Docket Entry No. 5) for appointment of pro bono counsel.

The opening brief is due January 23, 2026. The answering brief is due

February 23, 2026. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellees must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.